NUMBER 13-03-639-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JAMES R. HARRIS, ET AL.,                                              Appellants,

v.

GUERRA & MOORE, LTD., L.L.P., ET AL.,                           Appellees.
____________________________________________________________________

On appeal from the County Court at Law No. 2 
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Opinion Per Curiam

         Appellants, JAMES R. HARRIS, ET AL., perfected an appeal from orders entered
by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-43,065-B. After the record and briefs were filed and after the cause was set for
submission and oral argument, appellees filed a motion to dismiss the appeal as moot. 
In the motion, appellees state that the orders about which appellants complain have
now been dissolved and that all issues on appeal before this Court are now moot. 
Appellees request that the appeal be dismissed as moot.
         The Court, having considered the documents on file and appellees’ motion to
dismiss the appeal as moot, is of the opinion that the motion should be granted. 
Appellees’ motion to dismiss is granted, and the appeal is hereby DISMISSED AS
MOOT.
                                                               PER CURIAM
Opinion delivered and filed this
the 8th day of January, 2004.